Alison Berry Wilkinson (SBN 135890)
Don Ramsey (SBN 87610)
Matthew George (SBN 239322)
**RAINS, LUCIA & WILKINSON LLP**
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690

Attorneys for Plaintiff
GLENN MILLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLENN MILLER** | Case Number: C 06-06921 SI |
| Petitioner, | **STIPULATION AND ORDER TO EXTEND DISCOVERY AND MEDIATION DEADLINES AND FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| **CITY OF FREMONT** | |
| Respondent. | |
| | Complaint Filed: November 6, 2006 |
| | Trial Date: Not set |

THE PARTIES HEREBY STIPULATE:

On February 13, 2007, this Court issued an order prescribing a set of deadlines for discovery and mediation. The deadlines were in accordance with the time-table set out for discovery and completion of mediation in the parties' Stipulation and Proposed Order Selecting an ADR Process filed on January 23, 2007 and the Joint Case Management Statement filed on February 2, 2007.

The Parties have previously stipulated to enter into private mediation and proposed a deadline of August 5, 2007.

1

STIPULATION AND ORDER TO EXTEND DISCOVERY AND MEDIATION DEADLINES AND FOR
CONTINUANCE OF CASE MANAGEMENT CONFERENCE

As stated in the Joint Case Management Statement and Order, the parties must engage in extensive discovery in order to conduct a meaningful mediation. The parties have both been diligent and made good faith efforts to supply the necessary discovery in a timely manner. Necessary discovery to be completed prior to mediation includes the production of payroll data for all 164 consenters in this FLSA collective action. In order to calculate reasonable estimates of damages for purposes of mediation, that payroll data must be analyzed with information obtained from consenters during extensive telephone interviews conducted with each consenter.

As of this date, the Defendant has provided the requested electronic payroll data, and the Plaintiffs have conducted 114 interviews. The Plaintiffs are in the process of analyzing the payroll data with the information received in the interviews to calculate estimates of damages. This is a time consuming and labor intensive process. Because the parties are still in the process of compiling, exchanging, and processing the necessary discovery, they would be unable to complete a meaningful mediation by August 5, 2007.

The parties hereby request a formal order extending the deadline for completion of mediation to November 5, 2007. In addition, the parties will select a mediator by July 1, 2007. By August 15, 2007, the Plaintiffs will supply to the Defendant calculations of proposed damages as well as an explanation of how those damages were computed. On August 15, 2007, the parties will also disclose the person most knowledgeable about the parties' claims and defenses.

The parties also request a continuance of the case management conference currently scheduled for September 21, 2007, to December 14, 2007, after the completion of private mediation.

Dated: 5/29/07

Matthew George
Attorneys for Glenn Miller and all Consentors

Dated: 5/29/07

Cepideh Roufougar
Attorneys for City of Fremont

2
STIPULATION AND ORDER TO EXTEND DISCOVERY AND MEDIATION DEADLINES AND FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

1
2  IT IS SO ORDERED:
3
4  Dated: _____    [signature] Susan Illston
                              Hon. Susan Illston
5                             Judge of the Superior Court
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

**STIPULATION AND ORDER TO EXTEND DISCOVERY AND MEDIATION DEADLINES AND FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**