1   Harry Stern (SBN 176854)
2   Matthew George (SBN 239322)
    **RAINS, LUCIA & WILKINSON LLP**
3   2300 Contra Costa Blvd., Suite 230
    Pleasant Hill, CA 94523
4   Tel: (925) 609-1699
5   Fax: (925) 609-1690

6   Attorneys for Plaintiff
7   GLENN MILLER and all Consentors

8   Cynthia O'Neill, Bar No. 132334
    coneill@lcwlegal.com
9   Cepideh Roufougar, Bar No. 225206
    croufougar@lcwlegal.com
10  LIEBERT CASSIDY WHITMORE
    A Professional Law Corporation
11  153 Townsend Street, Suite 520
12  San Francisco, CA 94107

13  Attorneys for Defendant
14  CITY OF FREMONT

15              IN THE UNITED STATES DISTRICT COURT

16          FOR THE NORTHERN DISTRICT OF CALIFORNIA

17  **GLENN MILLER**                )   Case Number: C06-06921 SI
                                     )
18              Plaintiff,           )   **JOINT FURTHER CASE**
                                     )   **MANAGEMENT STATEMENT AND**
19  v.                               )   **STIPULATION AND ORDER FOR**
                                     )   **CONTINUANCE OF FURTHER CASE**
20                                   )   **MANAGEMENT CONFERENCE**
                                     )
21  **CITY OF FREMONT**              )
                                     )   Date:       12/14/2007
22              Defendant.           )   Time:       2:00 p.m.
                                     )   Courtroom:  10
23                                   )   Judge:      Hon. Susan Illston
                                     )
24  _____ )

25

26

27

28
                                    1

*Glenn Miller v. City of Fremont*
**JOINT CASE MANAGEMENT STATEMENT & STIPULATION & ORDER FOR CONTINUANCE**

1        The parties to the above-entitled action jointly submit this Further Case

2   Management Statement and Stipulation and Order for Continuance of Further Case

3   Management Conference and request the Court to adopt it as its Case Management

4   Order in this case.

5        An initial case management conference was held in this matter on February 9,

6   2007.  A copy of the parties' Joint Case Management Statement and Proposed Order is

7   attached hereto as Exhibit A.  Since that time, the parties have engaged in the per-ADR

8   discovery outlined in the Case Management Conference Order.  Defendant has provided

9   Plaintiffs with payroll information for each Plaintiff in an electronic format.  Plaintiffs

10   have provided Defendant with an estimate of damages and are in the process of

11   providing Defendant with information regarding the manner in which these damages

12   were calculated.  In addition, both parties have taken three depositions each.

13        On October 24, 2007, the parties participated in a full day mediation session with

14   mediator Peter Rukin.  While the parties did not reach a settlement agreement on that

15   day, both parties feel that the discussions were productive.  Accordingly, the parties

16   have agreed to engage in a second day of mediation.  This second day of mediation has

17   been scheduled to take place on December 7, 2007.

18        As settlement discussion are both ongoing and productive, the parties respectfully

19   request that the Court continue the Case Management Conference scheduled for

20   December 14, 2007 until January 18, 2008.

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28

2

*Glenn Miller v. City of Fremont*
**JOINT CASE MANAGEMENT STATEMENT & STIPULATION & ORDER FOR CONTINUANCE**

1    THE PARTIES HEREBY STIPULATE:

2    The parties are currently scheduled to participate in a second day of mediation on

3  December 7, 2007.  Thus, the parties jointly request a continuance of the case

4  management conference currently scheduled for December 14, 2007 to January 18,

5  2008.  The purpose of this continuance is to allow the parties additional time to try to

6  resolve this matter with the assistance of mediator Peter Rukin.

7    IT IS SO STIPULATED.

8  Dated: __11/30/07__                    _____
                                           Matthew George
9                                          Rains Lucia & Wilkinson
                                           Attorney for Glenn Miller et al.
10

11  Dated: __11/30/07__                   _____
                                           Cepideh Roufougar
12                                         Liebert Cassidy Whitmore
                                           Attorney for City of Fremont
13    IT IS SO ORDERED

14  Dated: _____               _____
15                                         The Honorable Susan Illston
                                           United States District Court Judge
16

17  50419.1 FR005-005

18

19

20

21

22

23

24

25

26

27

28

3

*Glenn Miller v. City of Fremont*
**JOINT CASE MANAGEMENT STATEMENT & STIPULATION & ORDER FOR CONTINUANCE**