1  Harry Stern (SBN 176854)
2  Matthew George (SBN 239322)
   **RAINS, LUCIA & WILKINSON LLP**
3  2300 Contra Costa Blvd., Suite 230
   Pleasant Hill, CA 94523
4  Tel: (925) 609-1699
5  Fax: (925) 609-1690

6  Attorneys for Plaintiff
7  GLENN MILLER and all Consentors

8  Cynthia O'Neill, Bar No. 132334
   coneill@lcwlegal.com
9  Cepideh Roufougar, Bar No. 225206
   croufougar@lcwlegal.com
10 LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
11 153 Townsend Street, Suite 520
   San Francisco, CA 94107
12

13 Attorneys for Defendant
   CITY OF FREMONT
14

                    IN THE UNITED STATES DISTRICT COURT
15
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
16

17 **GLENN MILLER**          )  Case Number: C06-06921 SI
                             )
18           Plaintiff,      )  **STIPULATION AND REQUEST FOR**
                             )  **CONTINUANCE OF FURTHER CASE**
19 v.                        )  **MANAGEMENT CONFERENCE DUE**
                             )  **TO PENDING SETTLEMENT**
20                           )
21 **CITY OF FREMONT**       )
                             )
22           Defendant.      )
                             )
23                           )
                             )
24 _____    )

25
26
27
28

                                    1

The parties to the above-entitled action jointly submit this Stipulation and Request for Continuance of Further Case Management Conference due to Pending Settlement and hereby STIPULATE:

1. Pursuant to the parties' last Joint Casement Management Statement and Stipulation, filed on November 30, 2007, the parties participated in a third mediation session with Mediator Peter Rukin on December 27, 2007. At this mediation session, the parties to this lawsuit reached and signed a proposed settlement agreement. A copy of this proposed settlement agreement is attached hereto as Exhibit A.

2. The parties are in the process of obtaining approval on the terms of the proposed settlement from the City Council and from each consenting plaintiff. In addition, pending this Court's approval, counsel for Defendant City of Fremont will draft the final settlement agreement, which will be read and signed by each current plaintiff to this lawsuit (those who have not withdrawn since the date of filing).

3. Due to the pending settlement, and to avoid incurring further fees and costs in this matter, the parties jointly request that the Further Case Management Conference currently scheduled to take place on January 18, 2008 at 2:30 p.m. be continued to April 25, 2008 at 2:30 p.m. This continuance will allow parties sufficient time to finalize the proposed settlement of this matter.

IT IS SO STIPULATED.

Dated: 1/4/08

Matthew George
Rains Lucia & Wilkinson
Attorney for Glenn Miller et al.

Dated: 1/4/08

Cepideh Roufougar
Liebert Cassidy Whitmore
Attorney for City of Fremont

IT IS SO ORDERED

Dated: _____

The Honorable Susan Illston
United States District Court Judge

2

STIPULATION & REQUEST FOR CONT OF CMC
CASE NO. C06-06921 SI

**EXHIBIT A**

Parties' Final Settlement Agreement Deal Points – Miller v. City of Fremont

Plaintiffs and Defendant, and their respective counsel met on December 27, 2007 to participate in a confidential mediation with the assistance of Mediator Peter Rukin. The following is a summary of the deal points mutually agreed upon by both parties as resolution of the matter entitled, *Miller v. City of Fremont*, U.S. District Court Case No. CV-06-06921:

1. Subject to City Council approval;
2. Subject to each Plaintiff reading, approving, and signing the written settlement agreement;
3. $425,000 includes all damages (taxable wages), attorneys' fees and costs (reported by a IRS form 1090) (POA must give City allocation for each Plaintiff and as to attorneys' fees/ costs) all in exchange for waiver of all claims up to the date the Judge approves written settlement agreement and dismisses the case with prejudice in its entirety as to all parties;
4. Payment of $425,000 contingent upon the completion of meet and confer in good faith by both parties as required by law as to prospective changes to prevent uncompensated off the clock work. Both parties agree that the meet and confer as to the prospective changes will focus on cost neutral solutions and that the meet and confer will be completed no later than 60 days from Judge's approval of stipulation for judgment based upon written settlement agreement;
5. The parties agree that 60 days is a reasonable time to complete meet and confer as to the prospective changes mentioned above;
6. City can unilaterally withdraw prospective changes no later than 90 days from a final Circuit or a final U.S. Supreme Court decision that indicates that donning and doffing is not compensable work time for law enforcement personnel; and
7. City's legal counsel will draft documents for settlement for approval by Plaintiffs' legal counsel as to form.

Entered hereby by:

ON BEHALF OF PLAINTIFFS                    ON BEHALF OF DEFENDANTS

_[signatures]_